JARDIM, MEISNER & SUSSER, P.C.
Michael V. Gilberti, Esq., N.J. ID. No. 02301981
30B Vreeland Road, Suite 100
Florham Park, New Jersey 07932
(973) 845-7648
mgilberti@jmslawyers.com
Attorneys for Defendant William Green

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Mag. No.: 19-4154 |
| v. | |
| **WILLIAM GREEN,** | **SUBSTITUTION OF ATTORNEY** |
| Defendant. | |

The undersigned hereby consent to the substitution of Michael V. Gilberti and Jardim, Meisner & Susser, P.C., as attorneys or Defendant William Green in this case.

Robert Stahl
Law Offices of Robert Stahl
Withdrawing Attorney
Dated: June 19, 2019

Michael V. Gilberti
Jardim, Meisner & Susser, P.C.
Superseding Attorney
June 18, 2019