UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Esther Salas |
| v. | : | |
| | : | Criminal No. 19-00525 (ES) |
| WILLIAM GREEN | : | |
| | : | |

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Anthony Torntore, Assistant United States Attorney) and Defendant William Green (Michael Gilberti, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including **October 31, 2019**, to permit Defense Counsel and the United States reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the Defendant having consented to the continuance and waived such right, and this being the first request for a continuance in this matter, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   Taking into account the exercise of diligence, the facts of this case require that Defense Counsel and the United States be permitted a reasonable amount of additional time for effective preparation in this matter;

(2)   The discovery in the case is expected to be voluminous,

consisting of, among other things, financial records and records of email and telephone communications, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

(3)   Plea negotiations are anticipated, and both the United States and the Defendant desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary;

(4)   The Defendant has consented to the above-referenced continuance; and

(5)   The granting of a continuance will likely conserve judicial resources; and

(6)   As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS, therefore, on this      day of July, 2019 ORDERED that:

(1)   This action is continued under the Speedy Trial Act from the date this Order is signed through and including **October 31, 2019**; and

(2)    The period from the date this Order is signed through and including

**October 31, 2019** shall be excludable in computing time under the Speedy Trial

Act of 1974.

8/5/19

HON. ESTHER SALAS
United States District Judge

Consented and Agreed to by:

Anthony P. Torntore
Assistant U.S. Attorney

Michael Gilberti, Esq.
Counsel for Defendant
7.31.19