JARDIM, MEISNER & SUSSER, P.C.
Michael V. Gilberti, Esq., N.J. ID. No. 02301981
Louis D. Tambaro, Esq., N.J. ID. No. 006862006
30B Vreeland Road, Suite 100
Florham Park, New Jersey 07932
(973) 845-7648
mgilberti@jmslawyers.com
louis@jmslawyers.com
Attorneys for Defendant William Green

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GREEN,<br><br>Defendant. | 2:19-cr-00525-ES<br><br>NOTICE OF APPEARANCE OF LOUIS D. TAMBARO, ESQ. |
|---|---|

TO CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that I appear in this case as counsel for Defendant, William Green. I am admitted or otherwise authorized to practice in this Court.

JARDIM, MEISNER & SUSSER, P.C.
Attorneys for Defendant,
**William Green**

LOUIS D. TAMBARO, ESQ.
(973) 845-7640
louis@jmslawyers.com

Dated: July 29, 2019

## CERTIFICATE OF SERVICE

I, Louis D. Tambaro, hereby certify that on July 29, 2019, a true and correct copy of the forgoing Notice of Appearance was electronically filed and is available for viewing from the Court's ECF system.

s/Louis D. Tambaro<br>
Louis D. Tambaro

Dated: July 29, 2019