# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: __Esther Salas__            Date: __August 13, 2019__

Court Reporter: __Mary Jo Monteleone__

**Title of Case:**                  Docket # __Cr. 19-525 (ES)__

U.S.A. v. William Green

**Appearances:**
Anthony Torntone, AUSA, for the govt.
Michael Gilberti, Esq, for the deft.

**Nature of Proceedings:** ARRAIGNMENT
Defendant present.
Charges and penalties are placed on the record.
Plea of Not Guilty to the Indictment is entered by the defendant.
Scheduling Order submitted.
Status Conference set for 11-8-19 at 11:00 a.m.
Ordered bail continued.

Time Commended: 11:45 a.m.
Time Adjourned: 11:55 a.m.
Total Time:  10 Minutes

                                    __Philip Selecky, Deputy Clerk__