UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Esther Salas |
| v. | : | |
| | : | Criminal No. 19-00525 (ES) |
| WILLIAM GREEN | : | |
| | : | |

## SCHEDULING ORDER

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Anthony Torntore, Assistant United States Attorney) and Defendant William Green (Michael Gilberti, Esq., appearing), for the entry of a scheduling order; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of Paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery No. 15-2 (the "Standing Order"); and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 13th day of August, 2019, ORDERED that:

1.      The Government shall begin to provide any oral, written or recorded statement of the Defendant or, in the case of an organizational defendant, of any person who is legally able to bind the Defendant because of that person's position as a director, officer, employee or agent of the Defendant on or before **September 13, 2019**;

2.    The Government shall provide exculpatory evidence, within the meaning of *Brady* v. *Maryland*, 373 U.S. 83 (1963) and its progeny, on or before **September 13, 2019**.    Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3.    The Government shall begin a rolling production of discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before **September 13, 2019**;

4.    The Defendant shall provide a rolling production of discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before **October 14, 2019.**

5.    The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before **October 14, 2019**.

6.    A status conference shall be held on **November 8th, 2019**, at _11:00_ a.m./p.m., in order to assess the progress of discovery; to determine a schedule for the production of additional discovery if necessary; to consider any discovery disputes if necessary; to set or consider setting a schedule for the next status conference in this matter; and to set or consider setting a schedule for pretrial motions if a date for the completion of discovery can be determined.

THE HON. ESTHER SALAS
United States District Judge

2