**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** November 8, 2019
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**                                              **DOCKET # 19-cr-525**
UNITED STATES OF AMERICA
          vs.
WILLIAM GREEN

**Defendant's appearance waived.**

**APPEARANCES:**

Anthony P. Torntore, AUSA for Government
Michael V. Gilberti, Esq. for Defendant

**Nature of Proceedings:**     IN PERSON STATUS CONFERENCE

Defense Counsel waived defendant's appearance.
Defense Motion to be filed 11/18/19.
Government response due 12/20/19.
Reply due 1/15/2020.
Ordered In-Person Status Conference set for 1/28/2020 at 2:00 PM.
Continuance Order to be submitted.

**Time Commenced: 11:00**
**Time Adjourned: 11:15**
**Total Time: 15 Minutes**

                                                       Nitza Creegan
                                                       DEPUTY CLERK