ELECTRONICALLY FILED
JARDIM, MEISNER & SUSSER, P.C.
Michael V. Gilberti, Esq., N.J. ID. No. 02301981
30B Vreeland Road, Suite 100
Florham Park, New Jersey 07932
(973) 845-7648
mgilberti@jmslawyers.com
Attorneys for Defendant William Green

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 19-525 |
| | : | |
| v. | : | Hon. Kevin McNulty, U.S.D.J. |
| | : | |
| **WILLIAM GREEN,** | : | **DEFENDANT WILLIAM GREEN'S NOTICE OF MOTION TO DISMISS THE INDICTMENT** |
| Defendant. | : | |

TO:   Anthony Torntore, Esq.
      Assistant U.S. Attorney
      Office of the U.S. Attorney
      970 Broad Street, Suite 700
      Newark, New Jersey 07102

PLEASE TAKE NOTICE that defendant William Green, through his counsel Jardim, Meisner & Susser, P.C., LLC moves before the Honorable Kevin McNulty, U.S.D.J., in the United States District Court for the District of New Jersey, for an Order, dismissing the indictment against him under Fed. R. Crim. P. 12(b).

In support of this application, Mr. Williams shall rely upon the attached legal memorandum, declaration of counsel, exhibits and proposed Order.

Oral argument is requested.

>/s/ Michael V. Gilberti (MVG7172)
>Michael V. Gilberti

Date:   November 18, 2019