ELECTRONICALLY FILED
JARDIM, MEISNER & SUSSER, P.C.
Michael V. Gilberti, Esq., N.J. ID. No. 02301981
30B Vreeland Road, Suite 100
Florham Park, New Jersey 07932
(973) 845-7648
mgilberti@jmslawyers.com
Attorneys for Defendant William Green

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 19-525 |
| | |
| | Hon. Kevin McNulty, U.S.D.J. |
| v. | |
| | |
| **WILLIAM GREEN,** | **ORDER DISMISSING THE INDICTMENT** |
| Defendant. | |

This matter having been brought before the Court on behalf of defendant William Green, by his attorneys Jardim, Meisner & Susser, P.C., on a motion for an Order, dismissing the indictment against him under *Fed. R. Crim.* P. 12(b); and the government having opposed the motion; and the Court having reviewed the moving papers and opposition, and having heard oral argument; and good cause being shown,

IT IS on this _____ day of _____, 2019,

ORDERED that defendant William Green's motions is granted, and the indictment against him is dismissed with prejudice.

_____
Hon. Kevin McNulty
United States District Judge