

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

Anthony P. Torntore
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, New Jersey 07102

Direct Dial: (973) 645-2726

December 10, 2019

The Honorable Kevin McNulty
United States District Court
United States Post Office and U.S. Courthouse
1 Federal Square
Newark, New Jersey 07102

      Re:   *U.S. v. Williams Green, 19-cr-525 (KM)*

Dear Judge McNulty:

      As the Court is aware, defendant William Green has filed a motion to dismiss the indictment in this matter. The Court has ordered the Government to file its reply to defendant's motion by **December 20, 2019**. Please allow this letter to serve as a formal request for 14-day extension of the Government's filing deadline. Defense counsel has consented to the Government's request.

      Respectfully submitted,

      CRAIG CARPENITO
      United States Attorney

      /s/ *Anthony P. Torntore*
      By: Anthony P. Torntore
      Assistant U.S. Attorney

SO ORDERED

Kevin McNulty, U.S.D.J.
Date: 12/10/2019