**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                           **DATE:** January 28, 2020
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**                                           **DOCKET # 19-cr-525**
UNITED STATES OF AMERICA
          vs.
WILLIAM GREEN

        **Defendant's appearance waived.**

**APPEARANCES:**

Anthony P. Torntore, AUSA for Government
Michael V. Gilberti, Esq. for Defendant

**Nature of Proceedings**:    MOTION HEARING / IN PERSON STATUS CONFERENCE

Hearing on [22] and [23] MOTIONS to dismiss.

DECISION RESERVED.

**Time Commenced: 2:00**
**Time Adjourned: 2:30**
**Total Time: 30 Minutes**

                                                                 Nitza Creegan
                                                                DEPUTY CLERK