UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Kevin McNulty |
| v. | |
| WILLIAM GREEN | Criminal No. 19-00525 (KM) |

### ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Anthony Torntore, Assistant United States Attorney) and Defendant William Green (Michael Gilberti, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including **May 28, 2020**, to permit Defense Counsel and the United States reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the Defendant having consented to the continuance and waived such right, and this being the first request for a continuance in this matter, and defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and three previous continuances having been granted; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the

defendants and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 20th day of March, 2020 ORDERED that:

(1) This action is continued under the Speedy Trial Act from the date this Order is signed through and including **May 28, 2020**; and

(2) The period from the date this Order is signed through and including **May 28, 2020** shall be excludable in computing time under the Speedy Trial Act of 1974.

s/ Kevin McNulty
HON. KEVIN MCNULTY
United States District Judge

Consented and Agreed to by:

Anthony P. Torntore
Assistant U.S. Attorney

Michael Gilberti, Esq.   3.20.20
Counsel for Defendant