## UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: NEWARK**                                    **DATE:** May 28, 2020
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**                                    **DOCKET # 19-cr-525**
UNITED STATES OF AMERICA
            vs.
WILLIAM GREEN

            **Defendant not present.**

**APPEARANCES:**

Anthony P. Torntore, AUSA for Government
Michael V. Gilberti, Esq. for Defendant

**Nature of Proceedings**:     TELEPHONE STATUS CONFERENCE

Ordered Telephone Status Conference set for 7/13/2020 at 3:00 PM.

**Time Commenced: 3:00**
**Time Adjourned: 3:15**
**Total Time: 15 Minutes**


                                            Nitza Creegan
                                            DEPUTY CLERK