## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK                                        **DATE:** July 13, 2020
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**                                        **DOCKET # 19-cr-525**
UNITED STATES OF AMERICA
         vs.
WILLIAM GREEN

          **Defendant not present.**

**APPEARANCES:**

Anthony P. Torntore, AUSA for Government
Michael V. Gilberti, Esq. for Defendant

**Nature of Proceedings**:

Video/Telephone Status Conference held.
Ordered Jury Trial set for October 5, 2020 at 9:00 a.m.
Ordered Status Conference set for September 23, 2020 at 3:00 p.m.
Scheduling Order to be submitted.

**Time Commenced: 3:00**
**Time Adjourned: 3:10**
**Total Time: 10 Minutes**


                                                  Nitza Creegan
                                                  DEPUTY CLERK