## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** September 23, 2020
**DISTRICT JUDGE** KEVIN MCNULTY
**COURT REPORTER:** RHEA C. VILLANTI

**TITLE OF CASE:**  **DOCKET # 19-cr-525**
UNITED STATES OF AMERICA
      vs.
WILLIAM GREEN

      **Defendant not present.**

**APPEARANCES:**

Anthony P. Torntore, AUSA for Government
Michael V. Gilberti, Esq. for Defendant

**Nature of Proceedings**:

Video/Telephone Status Conference held.
Ordered Jury Trial adjourned to January 15, 2020 at 9:00 a.m.
Scheduling Order to be submitted.

**Time Commenced: 3:00**
**Time Adjourned: 3:15**
**Total Time: 15 Minutes**

                                                  Nitza Creegan
                                                  DEPUTY CLERK