UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | Crim. No. 19-525 |
| WILLIAM GREEN | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by Matthew Feldman Nikic (matthew.nikic@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

        CRAIG CARPENITO
        United States Attorney

        /s/ Matthew Feldman Nikic

        By:  Matthew Feldman Nikic
        Assistant U.S. Attorney

Dated:    October 29, 2020