**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**
**VIA VIDEO/TELEPHONE CONFERENCE**

**OFFICE:** NEWARK                                                          **DATE:** April 5, 2021
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**                                                   **DOCKET # 2:19-cr-525 (KM)**
UNITED STATES OF AMERICA
    vs.
WILLIAM GREEN
    **DEFT. PRESENT**

**APPEARANCES:**

Anthony Torntore, AUSA and Matthew Nikic, AUSA for the Government.
Michael V. Gilberti, Eq. for Defendant.
SA John Abram, IRS, SA Andrew Grannatikos, IRS, SA Deborah Acerno, HIS observing.

**Nature of Proceedings**: CHANGE OF PLEA HEARING

Defendant consents to proceed via video/telephone conference.
Defendant consents to electronic signature on the record.
Defendant advised of rights
Ordered defendant sworn; defendant affirmed.
PLEA:  GUILTY to Count 1 of Indictment.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea provisionally accepted.
Plea Agreement and Rule 11 documents filed.
Ordered sentencing date set for August 10, 2021 at 11:00 AM
Ordered bail continued.

**Time Commenced: 12:00**
**Time Adjourned: 12:40**
**Total Time: 40 Minutes**

                                                                                                      *Nitza Creegan*
                                                                                              DEPUTY CLERK