# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM GREEN | Criminal No. 19-525 (KM)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

    Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant William Green.

Date: October 29, 2021

                                                         RACHAEL A. HONIG
                                                         Acting United States Attorney

                                       By:    /s/ *Anthony P. Torntore*
                                                           Anthony P. Torntore
                                                           Matthew Feldman Nikic
                                                           Assistant U.S. Attorneys