**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** December 8, 2021
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**  **DOCKET # 2:19-cr-525 (KM)**
UNITED STATES OF AMERICA
    vs.
WILLIAM GREEN
    **DEFT. PRESENT**

**APPEARANCES:**

Matthew F. Nikic, AUSA and Anthony P. Torntore, AUSA for the Government
Michael V. Gilberti, Esq. for Defendant
Rebakah Dawson U.S. Probation Officer

**Nature of Proceedings**:   SENTENCING on Count 1 of Information

Sentence: Probation for a term of 3 years with special conditions
Restitution: n/a
Fine: $80,000.
Special Assessment - $100.
Defendant advised of right to appeal.

**Time Commenced:**  10:00
**Time Adjourned:**    11:00
**Total Time:**  1 Hour

                                                                                 Nitza Creegan
                                                                                DEPUTY CLERK