ELECTRONICALLY FILED
JARDIM, MEISNER & SUSSER, P.C.
Michael V. Gilberti, Esq., N.J. ID. No. 02301981
30B Vreeland Road, Suite 100
Florham Park, New Jersey 07932
(973) 845-7648
mgilberti@jmslawyers.com
Attorneys for Defendant William Green

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 19-525 (ES) |
| v. | Hon. Esther Salas, U.S.D.J. |
| WILLIAM GREEN, | NOTICE OF MOTION |
| Defendant. | |

TO: Anthony Torntore, Esq.
Assistant U.S. Attorney
Office of the U.S. Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

PLEASE TAKE NOTICE that defendant William Green, through his counsel Jardim, Meisner & Susser, P.C., LLC moves before the Honorable Kevin McNulty, U.S.D.J., in the United States District Court for the District of New Jersey, for an Order releasing Mr. Green from the remaining period of home detention with Location Monitoring.

In support of this application, Mr. Green shall rely upon the attached declaration of Michael V. Gilberti, exhibits and proposed Order.

Oral argument is requested.

/s/ Michael V. Gilberti (MVG7172)
Michael V. Gilberti

Date:   May 28, 2022