ELECTRONICALLY FILED
JARDIM, MEISNER & SUSSER, P.C.
Michael V. Gilberti, Esq., N.J. ID. No. 02301981
30B Vreeland Road, Suite 100
Florham Park, New Jersey 07932
(973) 845-7648
mgilberti@jmslawyers.com
Attorneys for Defendant William Green

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 19-525 |
| | Hon. Kevin McNulty, U.S.D.J. |
| v. | |
| **WILLIAM GREEN,** | **ORDER GRANTING DEFENDANT EARLY RELEASE FROM LOCATION MONITORING** |
| Defendant. | |

This matter having been brought before the Court on behalf of defendant William Green, by his attorneys Jardim, Meisner & Susser, P.C., on a motion for an Order releasing Mr. Green from the remainder of his period of home detention with Location Monitoring of his sentence; and the government and the United States Probation Office having no objection, and the Court having reviewed the moving papers and opposition, and having heard oral argument; and good cause being shown,

IT IS on this 14th day of June, 2022,

ORDERED that defendant William Green's motion is granted, and Mr. Green is hereby released from the remainder of his period of home detention with Location Monitoring.

In all other respects, the Court's Judgment of Conviction for Mr. Green shall remain in full force and effect.

/s/ Kevin McNulty
_____
Hon. Kevin McNulty
United States District Judge