

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

October 5, 2022

United States District Court
Clerk's Office
Attn: Michael Dixon
King Federal Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: United States v. William Green
        <u>Crim No. 2:19-525/19mj4154</u>

Dear Mr. Dixon:

    This matter has been completed with respect to defendant William Green. Please cancel your Personal Recognizance Bond for $100,000.00 which was filed on March 1, 2019 under docket entry no. 7 and recorded in the venue of Newark as follows:

| | |
|---|---|
| Case No: | 19MG04154 |
| Date Entered: | 03/10/2019 |
| Date Filed: | 03/10/2019 [SIC] |
| Amount: | $100,000.00 (Unsecured Appearance Bond) |
| Creditor: | United States of America |
| Debtor(s): | William Green, Principal |

    Any judgments or liens associated with this recognizance bond may be cancelled of record. Thank you for your assistance.

                                              Respectfully submitted,

                                              PHILIP R. SELLINGER
                                              United States Attorney

                                              s/Anthony P. Torntore

                                  By: ANTHONY P. TORNTORE
                                              Assistant U.S. Attorney